December 22, 1975

Commonwealth *v*. Alston, Appellant.

Before KING, J., without a jury.

Sub-mitted September 8, 1975. *Stuart Schuman* and *John W. Packel*, Assistant Defenders, and *Benjamin Lerner*, Defender, for appellant; *Martin L. Trichon, Mark Sendrow*, and *Steven H. Goldblatt*, Assistant District Attorneys, *Abraham J. Gafni*, Deputy District Attorney, and *F. Emmett Fitzpatrick*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.